UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:06:CR:305

v.

                                             HON. GORDON J. QUIST

CLARA RAMIREZ-SERRANO,

        Defendant.

_____/

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed December 11, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Clara Ramirez-Serrano's plea of guilty to Count 1 of the Indictment is accepted. Defendant Clara Ramirez-Serrano is adjudicated guilty.

3.      Defendant Clara Ramirez-Serrano shall be detained pending sentencing.


Dated: January 4, 2007                                    /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE